ANTHONY GALAFARO, PLAINTIFF-RESPONDENT, v. FRED-
ERICK KUENSTLER, JR., *ET AL.*, DEFENDANTS-PETI-
TIONERS.

*Mr. John G. Dluhy* and *Mr. Mervyn R. Montgomery* for
the petitioners.

*Mr. Lawrence Diamond* and *Mr. Howard Stern* for the
respondent.

February 23, 1959.   Denied.

TRADESMENS BANK & TRUST CO., PLAINTIFF-RESPOND-
ENT, v. SYDNEY L. ALBERT *ET AL.*, DEFENDANTS-
PETITIONERS.

*Messrs. Kahn & Schildkraut* for the petitioners.

*Messrs. Katzenbach & Salvatore* for the respondent.

February 23, 1959.   Denied.